[No. 43205-2-I.    Division One.    November 15, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDERICK N. PARRA, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated February 22, 2000. Substitute opinion filed. See 99 Wn. App. 1041.

[No. 43318-1-I.    Division One.    November 15, 1999.]

GUY D. BUNTIN, *Respondent*, v. CHARLES D. GILLETT, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-30329-1, George T. Mattson, J., entered August 21, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43518-3-I.    Division One.    November 15, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES CHRISTIAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-05094-9, Charles W. Mertel, J., entered October 19, 1998. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 43556-6-I.    Division One.    November 15, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. A.O., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-8-00170-6, John M. Darrah, J., entered September 15, 1998. *Dismissed* and *remanded* by unpublished per curiam opinion.